IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **VIRGINIA GUERRERO NAVARRETE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. EP-26-CV-1137-KC** |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case.  On April 30, 2026, the Court granted in part Virginia Guerrero Navarrete's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision.  Apr. 30, 2026, Order 3, ECF No. 5.

Respondents have now informed the Court that on May 5, 2026, an IJ denied Guerrero Navarrete bond based on dangerousness.  Status Report, ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1.

It appears that no matters remain to be resolved in this case.  *See generally* Pet., ECF No. 1; Apr. 30, 2026, Order.  Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 11th day of May, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE